In the Matter of the Appraisal under the Transfer Tax Act of the Estate of MEYER GUGGENHEIM, Deceased.

ISAAC GUGGENHEIM et al., as Executors, et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Guggenheim,* 116 App. Div. 914, affirmed.
(Argued October 7, 1907; decided October 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1906, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax on the estate of Meyer Guggenheim, deceased.

*Edgar M. Leventritt, Harold Nathan* and *Ferdinand Shack* for appellants.

*David B. Hill* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELISE HOFFMAN, Appellant.

*People* v. *Hoffman,* 118 App. Div. 862, affirmed.
(Argued October 9, 1907; decided October 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1907, which affirmed a judgment of the Court of Special Sessions convicting the defendant of the crime of maintaining a public nuisance.

*August P. Wagener* for appellant.

*William Travers Jerome, District Attorney (E. Crosby Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.